IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO SANDOVAL, | 1:05-CV-1647 OWW WMW HC |
| Petitioner, | ORDER VACATING REPORT AND RECOMMENDATION OF |
| vs. | APRIL 20, 2006 [Document #5] |
| HARRIS, | ORDER GRANTING APPLICATION TO |
| Respondent. | PROCEED IN FORMA PAUPERIS [Document #6] |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 20, 2006, the court submitted a report and recommendation to United States District Judge Robert E. Coyle to dismiss petitioner's case for failure to comply with the court's order for petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee, within thirty days.  On May 22, 2006,  petitioner filed a Motion for Reconsideration and

Objections to the Findings and Recommendation.  In addition, petitioner submitted a declaration from the institution of incarceration, and his application to proceed in forma pauperis with a certified copy of his trust account statement.

Due to petitioner's submitted application to proceed in forma pauperis, the report and recommendation of November 3, 2003, shall be vacated.  In addition, petitioner's application to proceed in forma pauperis is GRANTED.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation of April 20, 2006, is VACATED; and

2. Petitioner's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:     July 27, 2006                              /s/  William M. Wunderlich
bl0dc4                                        UNITED STATES MAGISTRATE JUDGE