UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMUNDO SANDOVAL, | ) | 1:05-CV-1647 LJO WMW HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME |
| HARRIS, | ) ) | (DOCUMENT #13) |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 4, 2007, petitioner filed a motion to extend time to file a motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted to and including May 10, 2007, in which to file its motion to dismiss.

IT IS SO ORDERED.

**Dated:   April 19, 2007**            /s/ William M. Wunderlich
                                                       UNITED STATES MAGISTRATE JUDGE